# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-3093
_____

ANTONIO WATSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

April 6, 2018

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Valarie Linnen, Atlantic Beach, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.